UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

FEDERAL INSURANCE CO.
a/s/o Metalex Manufacturing Inc.,

                Plaintiff,

-v-

CUSTOM EXPEDITE LLC and
CUSTOM DELIVERY, INC.,

                Defendants.

No. 08 Civ. 6149 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      At the conference held before the Court on September 3, 2008, the Court adopted the following schedule:

> The parties shall jointly submit a status letter setting forth their progress with respect to settlement discussions, not later than October 7, 2008.
>
> If necessary at that time, the status letter shall include a proposed briefing schedule for Defendants' motion to change venue in this matter. Alternatively, and if necessary, the status letter shall include a proposed deadline by which Defendants will file their Answer.

SO ORDERED.

Dated:     New York, New York
            September 3, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE